IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN ALEXANDER HOLD,

       Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

       Defendants.

                                      /

No. C 13-05814 CW

<u>CONDITIONAL ORDER OF DISMISSAL</u>

    The Court having been advised that the parties have agreed to a settlement of this cause,

    IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 90 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.  The case management conference, pre-trial conference and trial dates are vacated.

Dated: 8/1/2014

                                    CLAUDIA WILKEN
                                    United States District Judge